IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| RACHEL BUTRIM et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| V. | * |
| | *   CIVIL NO. 1:24-CV-01284 |
| MAYOR AND CITY COUNCIL OF BALTIMORE | * |
| | * |
| Defendant | * |

*************************************************************************

MAYOR AND CITY COUNCIL OF BALTIMORE'S MOTION TO DISMISS

Defendant the Mayor and City Council of Baltimore, by and through its undersigned counsel and pursuant to Federal Rule 12(b)(6), respectfully moves this Honorable Court to dismiss the Complaint against it with prejudice and without leave to amend, for the reasons set forth in the accompanying Memorandum of Law.

Respectfully Submitted,

Ebony Thompson
City Solicitor

_____
Thomas P.G. Webb (Bar No. 18624)
Chief Solicitor
BALTIMORE CITY DEPARTMENT OF LAW
100 N. Holliday Street
Baltimore, Maryland 21202
Phone: 410-396-5784
tom.webb@baltimorecity.gov
*Attorney for Defendant Mayor and City Council of Baltimore*

# CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that on May 31, 2024 the foregoing Motion to Dismiss Plaintiffs' Complaint, Memorandum of Law in Support of the City's Motion to Dismiss, and Proposed Order were filed in accordance with the Electronic Filing Requirements and Procedures, as established by the United States District Court for the District of Maryland.

_____
THOMAS WEBB
Chief Solicitor