**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RACHEL BUTRIM,** *et al.*, | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | **Civ. No. MJM-24-1284** |
| **v.** | * | |
| | * | |
| **MAYOR AND CITY COUNCIL** | * | |
| **OF BALTIMORE,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, it is this __9th__ day of December, 2024, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendant's Motion to Dismiss (ECF No. 12) is GRANTED; and

2. The Complaint is DISMISSED without prejudice.

Matthew J. Maddox
United States District Judge